UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON SIMS, JR.. | 1:19-cv-01427-AWI-GSA-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 19.)** |
| vs. | |
| SCHELLENBERG, et al., | **ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE** |
| Defendants. | |
| | **ORDER FOR CLERK TO CLOSE CASE** |

Plaintiff, Carlton Sims, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2020, findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 19.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The time for filing objections has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.[1]

---

[1] The United States Postal Service returned the findings and recommendations on April 21, 2020, as undeliverable. (Court file.) Two items of recently returned mail indicate that Plaintiff was paroled. (Court file.) However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on April 6, 2020, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 7, 2020                                   _____
                                                                        SENIOR DISTRICT JUDGE